IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WESTERN NEBRASKA RESOURCES COUNCIL, and FRIENDS OF THE EARTH, Inc., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV345 |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, SECRETARY HILLARY CLINTON, U.S. Department of State, SECRETARY KEN SALAZAR, U.S. Department of the Interior, U.S. FISH AND WILDLIFE SERVICE, DIRECTOR DAN ASHE, U.S. Fish and Wildlife Service, U.S. BUREAU OF LAND MANAGEMENT, U.S. ARMY CORPS OF ENGINEERS, WESTERN AREA POWER ADMINISTRATION, and RURAL UTILITIES SERVICE, | ) ) ) ) ) ) ) ) ) ) ) ) | DISMISSAL ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' notice of dismissal of this case. Filing No. 68. The Court has reviewed the notice and finds this case is dismissed pursuant to Fed. R.Civ. P. 41(a), with each party to bear its own costs.

IT IS SO ORDERED.

DATED this 29th day of February, 2012.

BY THE COURT:

/s Joseph F. Bataillon
United States District Judge